**Order filed February 26, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00045-CR

_____

### RENE RIVERA HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-056418

## ORDER

Appellant is represented by retained counsel, Toni Lynn Thompson Sharretts. No reporter's record has been filed in this case. Karen Woolsey, the court reporter, informed this court that appellant had not made arrangements for payment for the reporter's record. On February 4, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this

court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we ORDER appellant's retained counsel, **Toni Lynn Thompson Sharretts**, to file a brief in this appeal on or before **March 30, 2015**. If Toni Lynn Thompson Sharretts does not timely file the brief as ordered, the appeal will be abated for a hearing in the trial court to determine the reason for the failure to file the brief. *See* Tex. R. App. P. 38.8(b)(2).

PER CURIAM